Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office: (408) 727-4111
Fax:    (408) 727-4343

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORELLI TAYLOR SPORTFISHING ) CASE NO:
& MARINE SUPPLY, LLC, a )
California Limited Liability ) C07 04947 HRL
Company d.b.a. LEO'S )
SPORTFISHING, )
              ) VERIFIED COMPLAINT FOR BREACH
              ) OF ORAL CONTRACT, BREACH OF
    Plaintiff, ) IMPLIED CONTRACT, QUANTUM
              ) MERUIT, ACCOUNT STATED
vs.           )
              )
DAN ROBIN CATALANO, an )
individual, in personam;      ) 46 CFR § 67.250 et seq.
Unnamed Sailing Vessel, )
Hull #CFZ0237TC700 & )
CF #0237TP, in rem, and )
DOES 1-100, inclusive, )
              )
    Defendants. )
_____)

**GENERAL ALLEGATIONS**

1. The plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING ("LEO'S"), at all times relevant, was a marine supply and service company, doing substantial business in Santa Cruz, California.

2. LEO'S is informed and believes, and on that basis alleges, that DAN ROBIN CATALANO ("CATALANO"), is the registered

owner of a sailing vessel, hull identification #CFZ0237TC700, CF #0237TP ("the Vessel").

3.  The Vessel is now, or during the pendency of this action will be, within this district and the jurisdiction of this court.

4.  Defendant CATALANO is liable in personam and the Vessel is liable in rem to LEO'S for its damages resulting from the incident described herein.

5.  In doing the things complained of herein, each of the Defendants, named or fictitious, was acting as the agent, servant, joint venturer or employee of each of the remaining Defendants.

6.  The acts and omissions alleged herein occurred in Santa Cruz County, California and the contracts alleged herein occurred in Santa Cruz County, California.

**FIRST CAUSE OF ACTION, BREACH OF ORAL CONTRACT**

7.  LEO'S realleges the allegations set forth in GENERAL ALLEGATIONS.

8.  On or about May 9, 2007, LEO'S and CATALANO entered into an oral contract ("the Agreement") whereby LEO'S was to perform certain marine maintenance and restoration services on the Vessel.

9.  LEO'S performed all acts on its part to be performed under the Agreement.

10. CATALANO breached the Agreement by failing to pay to LEO'S $60,779.03, or any other amount, for LEO's services for CATALANO. A true and correct copy of the invoice and billing history is attached as Exhibit 1.

**SECOND CAUSE OF ACTION, QUANTUM MERUIT**

11.   LEO'S realleges the above paragraphs.

12.   LEO'S performed marine maintenance and restoration services for CATALANO at CATALANO's specific request.

13.   CATALANO promised to pay for the above mentioned services.

14.   Despite demand, CATALANO has failed to pay and refuses to pay LEO'S for the reasonable value of LEO'S services in the amount of $60,779.03, or any other amount, in an amount to be proven at trial.

**THIRD CAUSE OF ACTION, ACCOUNT STATED**

15.   LEO'S realleges the allegations above.

16.   Between September 1, 2007, and September 24, 2007, and in Santa Cruz County, an account was stated by and between LEO'S and CATALANO by which a balance, in the amount of $60,779.03, was agreed by CATALANO to be due LEO'S, all according to proof.

**PRAYER**

WHEREFORE, LEO'S prays for judgment against Defendants as follows:

1. That the Vessel, her tackle, etc. is attached, and the Vessel may be condemned and sold to pay the demands of Plaintiff.

2. Damages for breach of contract according to proof, approximately $60,779.03 plus interest at 10% per annum;

3. Costs of the suit incurred herein; and

4. For such other relief as the court deems just and proper.

COMPLAINT                                3                           001 Complaint.wpd

1  DATED: September 25, 2007        _____
2                                    Joseph W. McCarthy, Attorney for
                                     Plaintiff MORELLI TAYLOR
3                                    SPORTFISHING & MARINE SUPPLY, LLC,
                                     a California Limited Liability
4                                    Company d.b.a. LEO'S SPORTFISHING

**VERIFICATION**

I, Leonardo Morelli, managing member of MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING, am a Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 25, 2007        _____
                                 Leonardo Morelli,
                                 Managing Member
                                 MORELLI TAYLOR SPORTFISHING &
                                 MARINE SUPPLY, LLC, a
                                 California Limited Liability
                                 Company d.b.a. LEO'S
                                 SPORTFISHING

# Exhibit 1

Sept 1, 2007

Dan Catalono
Santa Cruz Harbor

Dan,

Attached is the invoice for the work performed on the boat the Buccaneer.
I have separated the materials and labor. I would appreciate your prompt payment
On this matter. The work started back in May and continued for several
Months. I see you are having more work done now, so I can assume you have
The money to pay me.

After all I'm a lien holder on your title and we have a business plan and a memorandum
of intent signed. Based on our agreement, I have done everything I promised to do, so
Now it is your turn to do the right thing. The store, Diane and everyone else
Involved has worked very hard to promote this new adventure. So now it
Is your turn, pay your bill.

If you have questions you may call me.

Leo Moretti
476-2648

**speedimemo**    **carbonless**    191592 TRIP

Leos Sportfishing
2210 E Cliff Dr
SC CA 95062

TO: Dan Catalono    AT: Santa Cruz Harbor
SUBJECT: Labor/materials for Worked Performed    DATE: 9/1/07

- TOTAL materials    $26,779.
  LABOR              $34,000
                     $60,779.03 TOTAL DUE NOW

SEE ATTACHED DOCUMENTS

PLEASE REPLY TO    SIGNED    Leo Morelli

REDIFORM 45 469
POLY PAK (50 Sets) 4P 469

SEND PARTS 1 AND 3 INTACT.
PART 3 WILL BE RETURNED WITH REPLY.

DETACH AND FILE FOR FOLLOW-UP

# BUCCANEER EXPENSES

| Date | To | Description | Cost |
|---|---|---|---|
| 5/9/2007 | OSH | Building Supplies | $ 72.48 |
| 5/9/2007 | West Marine | | $ 20.76 |
| 5/14/2007 | West Marine | | $ 150.31 |
| 5/14/2007 | West Marine | | $ 262.74 |
| 5/15/2007 | West Marine | | $ 223.35 |
| 5/16/2007 | Big Creek | Building Supplies | $ 96.34 |
| 5/16/2007 | Gravelles | | $ 421.68 |
| 5/17/2007 | West Marine | | $ 207.17 |
| 5/23/2007 | Fiberglass Hawaii | Boat Repairs | $ 56.04 |
| 5/23/2007 | OSH | Building Supplies | $ 78.96 |
| 5/23/2007 | West Marine | | $ 30.71 |
| 5/23/2007 | West Marine | | $ 133.77 |
| 5/23/2007 | West Marine | | $ 421.10 |
| 5/27/2007 | OSH | Gas Can (7) | $ 151.47 |
| 5/29/2007 | Santa Cruz Paint | Boat Repairs | $ 82.73 |
| 6/1/2007 | West Marine | | $ 168.51 |
| 6/4/2007 | Dan Catalano | | $ 515.00 |
| 6/4/2007 | Fiberglass Hawaii | | $ 210.32 |
| 6/5/2007 | OSH | | $ 132.34 |
| 6/5/2007 | OSH | Cooper Lug, spades etc. | $ 231.09 |
| 6/6/2007 | West Marine | | $ 10.99 |
| 6/7/2007 | Moore & Sons | | $ 200.00 |
| 6/8/2007 | OSH | Wet/dry vacs, rivets, solder, gun et. | $ 112.66 |
| 6/8/2007 | West Marine | | $ 126.40 |
| 6/10/2007 | OSH | Solder, cold heat | $ 28.17 |
| 6/12/2007 | Fastenal | | $ 96.36 |
| 6/12/2007 | West Marine | | $ 226.27 |
| 6/13/2007 | OSH | | $ 66.12 |
| 6/15/2007 | OSH | | $ 65.39 |
| 6/18/2007 | Chemtrec | Electrode, Zip Wheel etc. | $ 64.33 |
| 6/18/2007 | Leo's Sport Fishing | Gas | $ 790.31 |
| 6/18/2007 | Sears | | $ 143.42 |
| 6/21/2007 | Surplus Eagle | | $ 345.24 |
| 6/22/2007 | Hose Shop | | $ 191.43 |
| 6/22/2007 | Lumbermens | Torx, pipe hanger, conduit etc. | $ 284.84 |
| 6/25/2007 | OSH | | $ 48.13 |
| 6/25/2007 | West Marine | | $ 53.28 |
| 6/25/2007 | West Marine | | $ 203.36 |
| 6/27/2007 | Lumbermens | | $ 160.23 |
| 6/29/2007 | OSH | | $ 63.61 |
| 6/30/2007 | Lumbermens | Parts etc. | $ 163.83 |
| 7/2/2007 | Surplus Eagle | | $ 420.28 |
| 7/5/2007 | OSH | | $ 244.53 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 7/9/2007 | Kelly Moore | Boat Repairs | $ 158.55 |
| 7/10/2007 | Sears | | $ 27.05 |
| 7/10/2007 | Surplus Eagle | | $ 242.94 |
| 7/12/2007 | West Marine | | $ 362.50 |
| 7/13/2007 | Central Welders | Boat Repairs | $ 154.34 |
| 7/16/2007 | Aquarias Boat Works | Impeller, corrosion X | $ 195.75 |
| 7/16/2007 | Port Supply | Parts etc. | $ 279.52 |
| 7/16/2007 | West Marine | | $ 160.11 |
| 7/16/2007 | West Marine | | $ 392.17 |
| 7/18/2007 | OSH | Eyebolts | $ 128.34 |
| 7/20/2007 | Sears | Tools | $ 411.20 |
| 7/20/2007 | West Marine | | $ 91.45 |
| 7/22/2007 | Monterey Bay Marine | | $ 359.15 |
| 7/22/2007 | Port Supply | Cables | $ 55.26 |
| 7/23/2007 | Port Supply | Thimble | $ 144.93 |
| 7/23/2007 | West Marine | | $ 795.13 |
| 7/25/2007 | Santa Cruz Harbor | Slip Fees | $ 1,890.00 |
| 8/8/2007 | Lumbermens | Tools etc. | $ 206.26 |
| 8/9/2007 | OSH | washers, hand cleaner, bolts etc. | $ 23.52 |
| 8/24/2007 | Lumbermens | | $ 459.17 |
| 8/27/2007 | West Marine | | $ 821.71 |
| | Scott MacKenzie Bail Bonds | Bail Bond | $ 575.00 |
| | | LABOR: 400 hours @ $85/hr. | $ 34,000.00 |

*Carges metal Fab*    3200.35

$ 49,710.10

52,910.45
300.70
144.84
28.17
− 500.00
53,884.16

Tony (vessel) ASSIST
Dep on LABOR Boat    # 5000.00

@ when masts were put up
was tied up on fuel Dock.
Lost revenue for 2 days

$95.65
313.90
404.47
852.95
164.12
9.015
53.83
60,779.03