```
Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office:   (408) 727-4111
Fax:      (408) 727-4343
```

FILED
2007 SEP 25 A 10: 06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO:<br><br>C07 04947 HRL<br><br>MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN<br><br>46 CFR § 67.250 et seq. |

**MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Pursuant to Local Admiralty Rule 9(1)(a), plaintiff, by and through the undersigned attorney, represents the following:

1. On September 25, 2007, plaintiff initiated the above-referenced action against the Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, her boats, tackle, apparel, furniture and furnishings, equipment, engines and appurtenances.

2. On September 25, 2007, the Clerk of the District Court

issued a Warrant of Arrest against the vessel, directing the U.S. Marshal to take custody of the vessel, and to retain custody of the vessel pending further order of this court.

3. Subsequent to the issuance of the Warrant of Arrest, the marshal will take steps to immediately seize the vessel. Thereafter, continual custody by the marshal will require the services of at least one custodian at a cost of at least $50 per day.

4. The vessel is berthed at the Santa Cruz Harbor, 135 5th Avenue, Santa Cruz, California, and, subject to the approval of the court, the substitute custodian is prepared to provide security, wharfage, and routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the marshal. The substitute custodian has also agreed to continue to provide these services pending further order of this court.

5. The substitute custodian has adequate facilities for the care, maintenance, and security of the vessel.

6. Concurrent with the court's approval of this motion, plaintiff and the substitute custodian will file a consent and indemnification agreement in accordance with Local Admiralty Rule 9(1)(c).

WHEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the indemnification agreement noted in Paragraph 6 above, plaintiff requests that this court enter an order appointing the Harbor Master of Santa Cruz Harbor as the substitute custodian for the Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP.

```
 1
 2  DATED: September 25, 2007         _____
 3                                    Joseph W. McCarthy, Attorney for
                                      Plaintiff MORELLI TAYLOR
 4                                    SPORTFISHING & MARINE SUPPLY, LLC,
                                      a California Limited Liability
 5                                    Company d.b.a. LEO'S SPORTFISHING
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```