E-FILING

```
Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office:   (408) 727-4111
Fax:      (408) 727-4343
```

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO:<br><br>C07 04947<br><br>ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN<br><br>46 CFR § 67.250 et seq. |

**ORDER**

Pursuant to Local Admiralty Rule 9(1)(a), it is hereby ordered that the Santa Cruz Harbor Master, 135 5th Avenue, Santa Cruz, California, is appointed as the substitute custodian for the Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP.

**DONE AND ORDERED** at the City of San Jose, Santa Clara County, California on September 25, 2007.

DATED: September 25, 2007    _Ronald M. Whyte_
                             Federal Judge
                             United States District Court for
                             the Northern District of California

Order for Custodian                1                003 Order for Custodian.wpd