**ADR**

**E-FILING**

Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office:   (408) 727-4111
Fax:      (408) 727-4343

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: C 07 04947<br><br>ORDER FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL<br><br>46 CFR § 67.250 et seq. |

**ORDER**

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule 3(1)(a), the clerk is directed to issue a warrant of arrest and/summons in the above action.

**DONE AND ORDERED** at the City of San Jose, Santa Clara County, California on September 25, 2007.

DATED: September 25, 2007     _Ronald M. Whyte_
                              Federal Judge
                              United States District Court for
                              the Northern District of California

Issuance of Warrant                    1                    003 Issuance of Warrant.wpd