ADR

E-FILING

Filed
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2007 SEP 25  AM 10:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office:   (408) 727-4114
Fax:      (408) 727-4343

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO:<br><br>C07 04947 HRL<br><br>WARRANT FOR ARREST OF VESSEL<br><br>46 CFR § 67.250 et seq. |

**WARRANT FOR ARREST OF VESSEL**

The President of the United States of America to the Marshal of the United States for the Northern District of California, Greeting:

A complaint has been filed in the Civil Division of the United States District Court for the Northern District of California, on September 25, 2007, by MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company

1  d.b.a. LEO'S SPORTFISHING, plaintiff, against the Unnamed Vessel
2  Hull #CFZ0237TC700 & CF #0237TP, her tackle, apparel, and
3  furniture, in a cause of contract, civil and maritime, in which
4  the amount demanded is $60,779.03, for the reasons and causes in
5  the complaint mentioned, and requesting the usual process of the
6  court in that behalf to be made.
7      Plaintiff requests that all persons interested in the
8  vessel, her tackle, etc., may be cited in general and special to
9  answer, and all proceedings being had that the vessel, her
10 tackle, etc., may for the causes in the complaint mentioned, be
11 condemned and sold to pay the demands of plaintiff.
12     You are thus commanded to attach the vessel, her tackle,
13 etc., and to retain the vessel, her tackle, etc., in your custody
14 until further order of the court respecting the vessel, her
15 tackle, etc.
16     And what you shall have done, you shall then and there make
17 return of same, together with this writ.

RICHARD W. WIEKING

20 DATED: September 25, 2007     _____
21                               Federal Clerk
22                               United States District Court for
                                 the Northern District of California