COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Mitchell S. Griffin (SBN 114881)
Max L. Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
DAN ROBIN CATALANO and the
Unnamed sailing vessel, Hull # CFZ0237TC700 &
CF #0237TP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, *in personam*, Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, *in rem*, and Does 1-100, inclusive<br><br>Defendants. | Case No.: C07-04947<br><br>NOTICE OF MOTION AND MOTION TO VACATE THE ORDER OF ARREST<br><br><br><br>Date: October 9, 2007<br>Time: 10:30 a.m.<br>Courtroom: 2, 5th Floor<br>Hon. Howard R. Lloyd |

Pursuant to Rule E(4)(f) of the Supplemental Rules for Admiralty or Maritime Claims, Defendants, DAN ROBIN CATALANO ("Catalano") and the Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP (the "Vessel"), hereby give notice that, pursuant to Local Admiralty Rule 4-8, October 8, 2007, in Courtroom 9, Nineteenth Floor, Federal District Court, San Francisco, California, they will move for an order vacating the September 25, 2007, Order for Arrest in this matter.

The bases for this motion are as follows:

1. This Court does not have subject matter jurisdiction over this claim because, at all times relevant to this action, the Vessel has been under construction, and there is no federal admiralty jurisdiction over a contract to construct or assist in the construction of a new vessel;

2. The Verified Complaint fails to properly plead the existence of a maritime lien;

3. The plaintiff's allegations in his Verified Complaint are fabricated and fraudulent; and

4. Given the false claims and that the Vessel is Catalano's primary residence, his only substantial asset and source of potential income, justice and equity demand that the Vessel be released.

5. Alternatively, if the Court does not vacate the Order of Arrest at this point, the Court should set an appropriate amount for security to be placed into Court in lieu of the Vessel, and that upon such deposit, the Vessel be released.

This Motion is based on this Notice of Motion and Motion to Dissolve Order of Arrest, the attached Memorandum of Points and Authorities, the Declaration of Dan Catalano in Support of Defendants' Motion and the attached exhibits, and the pleadings and all files and materials that make up the record in this matter.

Dated: October 3, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Defendants DAN ROBIN CATALANO and
the Unnamed sailing vessel, Hull #
CFZ0237TC700 & CF #0237TP

By: _____
Mitchell S. Griffin
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

CAT.Buccaneer/2542

-2-   Case No.: C 07-04947 HRL
NOTICE OF MOTION AND MOTION TO VACATE ORDER OF ARREST

**PROOF OF SERVICE**

Case:   *Morelli Taylor Sportfishing & Marine Supply, LLC v. Dan Robin Catalano, et al.*

Case No.:   USDC, Northern District, Case No.: C-07-04947

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On October 3, 2007, I served the attached document(s):

**NOTICE OF MOTION AND MOTION TO VACATE ORDER OF ARREST** on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

(A)   By First Class Mail: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

(B)   By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

(C)   By Messenger Service: I caused each such envelope to be delivered to a courier employed by NATIONWIDE LEGAL, with whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

(D)   By Federal Express:   I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the Three Embarcadero Center location of Federal Express Corporation.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
IMU.Goldsworthy/2416

Case No.: C-06-4025MHP

(E) <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| C | Joseph W. McCarthy<br>400 Reed Street<br>P.O. Box 58032<br>Santa Clara, CA 95050<br>Tel: (408) 727-4111<br>Fax: (408) 727-4343 | Attorneys for Plaintiff Morelli Taylor Sportfishing & Marine Supply, LLC |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed this October 3, 2007, at San Francisco, California.

_____
Zoe Conner

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

LMU.Goldsworthy/2416

Case No.: C-06-4025MHP