1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Mitchell S. Griffin  (SBN 114881)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.:  415-438-4600
   Facsimile No.:  415-438-4601
5

6  Attorneys for Defendants
   DAN ROBIN CATALANO and the
7  Unnamed sailing vessel, Hull # CFZ0237TC700 &
   CF #0237TP
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13

14 | MORELLI TAYLOR SPORTFISHING &        ) | Case No.: C07-04947
15 | MARINE SUPPLY, LLC, a California      )
   | Limited Liability Company d.b.a. LEO'S )
   | SPORTFISHING,                         ) | **CONSENT TO PROCEED BEFORE**
16 |                                       ) | **UNITED STATES MAGISTRATE**
   |                     Plaintiff,        ) | **JUDGE**
17 |                                       )
   |         vs.                           )
18 |                                       )
   | DAN ROBIN CATALANO, an individual,    )
19 | *in personam,* Unnamed Sailing Vessel, Hull )
   | #CFZ0237TC700 & CF #0237TP, *in rem,*  )
20 | and Does 1-100, inclusive             ) | **Date:  October 9, 2007**
   |                                       ) | **Time: 10:30 a.m.**
21 |                     Defendants.       ) | **Courtroom: 2, 5ᵗʰ Floor**
   |                                       ) | **Hon. Howard R. Lloyd**

22

23

24

25        In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendant Dan

26  Catalano, on his own behalf and on behalf of the above-captioned vessel, hereby voluntarily

27  consent to have a United States Magistrate Judge conduct any and all further proceedings in

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

CAT.Buccaneer/2542

-1-

Case No.: C 07-04947 HRL

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

1    the case, including trial, and order the entry of a final judgment.  Appeal from the judgment

2    shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

3

4    Dated:  October 5, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP

5    Defendants DAN ROBIN CATALANO and
the Unnamed sailing vessel, Hull #

6    CFZ0237TC700 & CF #0237TP

7

8

9    By: _____

10   Mitchell S. Griffin
Max L. Kelley

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105

27

TEL 415-438-4600
FAX 415-438-4601

28

CAT.Buccaneer/2542

-2-                                                      Case No.: C 07-04947 HRL
CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE