Joseph W. McCarthy [164433]
JOSEPH W. McCARTHY, A LAW CORPORATION
400 Reed Street/POB 58032
Santa Clara, California 95050
Office:   (408) 727-4111
Fax:      (408) 727-4343

Attorneys for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING

FILED
2007 OCT -5 P 3: 11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: C0704947 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 5, 2007

_____
Joseph W. McCarthy, attorney for
MORELLI TAYLOR SPORTFISHING &
MARINE SUPPLY, LLC, a California
Limited Liability Company d.b.a.
LEO'S SPORTFISHING

Decline Magistrate                 1