```
 1  Joseph W. McCarthy [164433]
    JOSEPH W. McCARTHY, A LAW CORPORATION       FILED
 2  400 Reed Street/POB 58032
    Santa Clara, California 95050               2007 OCT -5 P 3: 11
 3  Office:   (408) 727-4111
    Fax:      (408) 727-4343
 4                                              RICHARD W. WIEKING
                                                     CLERK
 5  Attorney for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE
    SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S
 6  SPORTFISHING
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORELLI TAYLOR SPORTFISHING & MARINE SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S SPORTFISHING,<br><br>Plaintiff,<br><br>vs.<br><br>DAN ROBIN CATALANO, an individual, in personam; Unnamed Sailing Vessel, Hull #CFZ0237TC700 & CF #0237TP, in rem, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: C0704947 HRL<br><br>**DECLARATION OF LEONARDO J. MORELLI IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE ORDER OF ARREST, OR, ALTERNATIVELY, TO SET THE AMOUNT OF SECURITY FOR RELEASE OF THE VESSEL**<br><br>Date: October 9, 2007<br>Time: 10:30 a.m.<br>Courtroom: 2, 5th Floor<br>Hon. Howard R. Lloyd |

I, LEONARDO J. MORELLI, declare as follows:

I am the managing partner of the Plaintiff in this action. I have personal knowledge of all the facts stated herein and if called as a witness, could and would competently testify to them under oath.

1. On or about May 9, 2007, Mr. Catalano hired me to work on the vessel that is the subject of this action.

---

Declaration                          1                    Declaration of Leo.wpd

2. Mr. Catalano informed me that the vessel was operable.

3. Mr. Catalano hired me to customize the vessel to look like a pirate ship.

4. My work included installing masts that would accommodate square sails.

5. As per Mr. Catalano, the square sails were for show, as the boat would be motored during the cruises.

6. Mr. Catalano registered the vessel with the State of California on May 24, 2007. A true and correct copy of the California Registration of the vessel is Exhibit 1.

7. Because I had not been paid for my work on the vessel, I took a security interest in the vessel as a lienholder.

8. Mr. Catalano claimed he was unable to pay me for my work, I suggested we start a business called Buccaneer Adventures, selling cruises on the vessel in the Santa Cruz Bay.

9. A Memorandum of Intent memorializing our proposed business venture is attached as Exhibit 2.

10. The vessel was tied up to my dock during the period that I worked on the vessel.

11. In early August 2007, after I had spent in excess of $60,000 customizing the vessel, Mr. Catalano became very argumentative and moved the vessel from my dock.

12. I estimate the value of the vessel to be in excess of $150,000.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

////

```
 1
 2  Dated: October 5, 2007        _____
 3                                LEONARDO J. MORELLI, MANAGING
                                  PARTNER MORELLI TAYLOR SPORTFISHING
 4                                & MARINE SUPPLY, LLC, a California
                                  Limited Liability) Company d.b.a.
 5                                LEO'S SPORTFISHING,
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# EXHIBIT 1

ABACUS [illegible]
JM  9/24/07
Standard ___ ___ X
___ ___ Docs ___

JOE'S COPY

UNDOCUMENTED VESSEL           CERTIFICATE OF NUMBER                    VALID TO: 12/31/2007
BUILDER    YR BUILT   YR MODEL   PURCHASE DATE   CLASS   LENGTH FT-IN   TYPE   USE        CF NUMBER
SPCNS      1987       0000       04/07/2007      BE      058-07         82     V1         CF 0237 TP
           FUEL   PROP   VESSEL TYPE   HULL MATL    NO                             HULL ID NUMBER
           D      A      S             S            NS                             CFZ0237TC700
VESSEL USE         DATE ISSUED   CC/ALCO   DT FEE RECVD   PIC   USE TAX      STICKER ISSUED
PLEASURE           05/24/07      44        05/24/07       2     468          S365759

REGISTERED OWNER                                                                   AMOUNT PAID
CATALANO DAN ROBIN                                                                 $  506.00
1280 GRAHAM HILL RD                        AMOUNT DUE            AMOUNT RECVD
                                        $    506.00   CASH :
                                                      CHCK :
SANTA CRUZ                                            CRDT :     506.00
CA         95060

LIENHOLDER
MORELLI LEONARDO/
SHIRLEY JOHN
1280 GRAHAM HILL RD

SANTA CRUZ
CA         95060
              F00   550  24  0050600  0011  CS    F00  052407  V1  CF0237TP  700

*******************************************
DO NOT DETACH - REGISTERED OWNER INFORMATION
*******************************************

1. RENEWAL OF VESSEL REGISTRATION IS REQUIRED ON OR BEFORE THE EXPIRATION
   DATE TO AVOID 50% PENALTY. IF YOU DO NOT RECEIVE A BILLING
   NOTICE, USE THE ATTACHED CERTIFICATE OF NUMBER TO RENEW.

2. THIS CERTIFICATE MUST BE ON BOARD WHENEVER THE VESSEL IS IN OPERATION

3. AN OPERATOR WHO IS INVOLVED IN AN ACCIDENT IS REQUIRED TO REPORT THE
   ACCIDENT, WHEN THERE IS A DEATH OR DISAPPEARANCE; INJURY REQUIRING
   TREATMENT BEYOND FIRST AID; PROPERTY DAMAGE OF MORE THAN $500; OR
   COMPLETE LOSS OF A VESSEL, TO:

           DEPARTMENT OF BOATING AND WATERWAYS
           2000 EVERGREEN STREET, SUITE 100
           SACRAMENTO, CA 95815-3888

304
271-2405

# EXHIBIT 2

JOE'S COPY

# MEMORANDUM

# Of

# INTENT

This Memorandum of Intent is made between Leonardo J. Morelli ('Leo), Dan Catallano ('Dan') and John Shirley ('John) [hereinafter referred to collectively as 'the parties'], with respect to their intention to create a business entity whose purpose it will be to manage and operate a business venture more fully described below:

**THE PARTIES AGREE TO THE FOLLOWING PRELIMINARY BUSINESS PLAN & GENERAL GUIDING PARAMETERS, AS DESCRIBED MORE FULLY BELOW:**

1. The parties will form a California limited liability company (the 'LLC') for the purpose of managing and operating a pleasure cruise charter service originating from the Santa Cruz Yacht Harbor, by and through the retail establishment commonly known as 'Leo's Sportfishing'.

2. The LLC will be named 'Buccaneer Adventures, LLC'.

3. Ownership in the LLC will be initially allocated to the following three (3) members according the proportions described below:

   a. Leo - 40%;
   b. Dan - 30%;
   c. John – 30%.

4. The initial capital investment in the LLC contributed by each of the parties will be determined and documented as of the date of LLC formation.

5. Additional capital contributions by each party after the date of LLC formation will be documented by each of the parties and added to the LLC's books of account from time to time.

6. Should a member die or wish to sell his interest in the LLC, the remaining members shall have right of first refusal to purchase the outgoing member's interest, to be calculated at fair market value according to a method of business valuation agreed to between the parties. — *Survival | family members — Trustee will receive equally etc. But no business input @ all.*

7. Leo will serve as Managing Member of the LLC.

8. As Managing Member, Leo will oversee, supervise and otherwise manage all aspects of the day-to-day affairs of the LLC's business activities.

9. Net profits generated by the LLC will be distributed on a quarterly basis to the parties, in proportion with the ownership interests described in Paragraph (3), above.

10. If there are funds available, a monthly draw in a reasonable amount (as determined by a unanimous vote of all LLC members) may be taken by any member wishing to do so, subject to the consent of all LLC members, which amount shall be deducted from the withdrawing member's quarterly draw.

11. At this time, it is anticipated that the LLC will structure its cruise schedule and rates as follows:

> a. 3 one-hour daily cruises ($60.00/adult, $40.00/child);
> b. 1 two-hour evening cruise ($125.00/adult, $45.00/child; rates include BBQ after cruise). — *weather permitting.*

12. In the event of LLC dissolution, Leo will retain sole ownership rights to the name 'Buccaneer Adventures', 'Marauding & Mayhem on the High Seas', all other slogans associated with the LLC

2