1  Joseph W. McCarthy [164433]
   JOSEPH W. McCARTHY, A LAW CORPORATION
2  400 Reed Street/POB 58032
   Santa Clara, California 95050
3  Office:   (408) 727-4111
   Fax:      (408) 727-4343
4

*FILED*

*2007 OCT -5 P 3: 11*

*RICHARD W. WIEKING*
*CLERK*
*U.S. DISTRICT COURT*
*NO. DIST. OF CA S.J.*

5  Attorney for Plaintiff, MORELLI TAYLOR SPORTFISHING & MARINE
   SUPPLY, LLC, a California Limited Liability Company d.b.a. LEO'S
6  SPORTFISHING

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  MORELLI TAYLOR SPORTFISHING )   CASE NO:  C0704947 HRL
    & MARINE SUPPLY, LLC, a      )
    California Limited Liability )
12  Company d.b.a. LEO'S         )
    SPORTFISHING,                )
13                               )   DECLARATION OF HOWARD THEVENIN
                                 )   IN OPPOSITION TO DEFENDANTS'
            Plaintiff,           )   MOTION TO VACATE ORDER OF
14                               )   ARREST, OR, ALTERNATIVELY, TO
    vs.                          )   SET THE AMOUNT OF SECURITY FOR
15                               )   RELEASE OF THE VESSEL
    DAN ROBIN CATALANO, an       )
16  individual, in personam;     )   Date: October 9, 2007
    Unnamed Sailing Vessel,      )   Time: 10:30 a.m.
17  Hull #CFZ0237TC700 &         )   Courtroom: 2, 5th Floor
    CF #0237TP, in rem, and      )   Hon. Howard R. Lloyd
18  DOES 1-100, inclusive,       )
                                 )
19          Defendants.          )
                                 )
20  _____)

21  I, Howard Thevenin, declare as follows:

22      I have personal knowledge of all the facts stated herein and

23  if called as a witness, could and would competently testify to

24  them under oath.

25      1. I met Dan Catalano in late 2006.

26      2. Mr. Catalano asked me to invest in the vessel that is the

27  subject of this action as a partner.

28      3. From late 2006 until April 2007 I gave Mr. Catalano in

_____
Declaration                    1           Declaration of Howard.wpd

1  excess of $20,000.

2       4. I paid to have the vessel trailered from the lot to the

3  Santa Cruz Harbor in April 2007.

4       5. Mr. Catalano gave me a copy of the survey on the vessel

5  that is the subject of this action.  A true and correct copy of

6  the survey is attached as Exhibit 1.

7       6. As detailed in the survey, the boat was complete except

8  for some minor items, and seaworthy when placed in the water on

9  April 18, 2007.

10      7. I paid King Crane to put the vessel in the water on April

11  18, 2007.

12      8. Mr. Catalano called me at home one evening in late April

13  2007 to inform me that the minor wiring was fixed and to let me

14  hear the engine running.

15      9. In late April or early May, Mr. Catalano's demeanor

16  changed, after taking my $20,000 plus, and he made it quite

17  apparent that he no longer wanted me to be involved with the

18  vessel.

19      10. Mr. Catalano still owes me in excess of $20,000.

20      I declare under penalty of perjury under the laws of the

21  state of California and of the United States that the foregoing

22  is true and correct.

23

24  Dated: October 5, 2007

25                                              Howard Thevenin

26

27

28

Declaration                    2                    Declaration of Howard.wpd

# EXHIBIT 1



## RODGERS & ASSOCIATES
### Certified Marine Surveyors And Appraisers, Cargo Inspectors

CONDITIONAL VALUATION SURVEY
CERTIFIED APPRAISAL REPORT
ON THE AUXILIARY SAILING VESSEL

# SHAUNA RENEE

CALIFORNIA REGISTRATION NO.
CF- 0237 TP

A

65' AMERICAN PRIVATEER
STEEL CONSTRUCTED SCHOONER

     

American Society of Appraisers · The Society of Naval Architects & Marine Engineers · National Association of Marine Surveyors · Cargo Control Group Internatl Cargo Surveyors · American Arbitration Association · American Boat & Yacht Council

P.O.Box 5306, Santa Cruz, CA 95063-5306, Tel 831-475-4468, Fax 831-536-1060
e-mail: jrodgers@rodgersandassociates.com • www.rodgersandassociates.com



# RODGERS & ASSOCIATES
### Certified Marine Surveyors And Appraisers, Cargo Inspectors

## CERTIFICATE OF APPRAISAL REPORT

| | |
|---|---|
| **NAME OF VESSEL**<br>SHAUNA* RENEE | **OFF. NUMBER**<br>California Registration #C F-0237 TP |
| **OWNER**<br>Jennifer Ann Weber | **HULL IMO NO:**<br>C F-Z 0237 T C 700 |
| **YEAR BUILT**<br>1983-2005 | **MODEL:**<br>American Privateer Schooner |
| **TYPE OF VESSEL**<br>Steel constructed schooner | **DESIGNED USE**<br>Recreational |
| **LENGTH**<br>65' L.O.A. x 52' L.O.D. x 44' L.W.L. x<br>14.10 Bam x 9.8' Depth x 7.3' Draft | **DISPLACEMENT**<br>Heavy displacement |
| **ENGINE**<br>Single Inboard Diesel | **MACHINERY MANUFACTURE**<br>ISOTTA FRASCHINI MOTORE DIESEL |
| **APPRAISAL REQUESTED BY**<br>Jennifer Ann Weber | |
| **DATE OF SURVEY**<br>November 18, 2005 | **EST. MARKET VALUE**<br>$40,000   + see valuation page following |
| **Location**   inspected out of the water<br>Santa Cruz California | Capt. Joseph W. Rodgers CMS ASA |

**SURVEYOR'S COMMENTS: Comments:** *A home built steel constructed, auxiliary sailing vessel designed to be rigged as a schooner. Vessel was inspected while out the water in its final building stage. Hull and deck assembly and interior have been finished. Machinery is fitted but not installed. Package comes complete with a tri axle welded steel trailer. Vessel is approximately 70% completed. Steel construction done to good standards. Vessel surveyed while out the water at its building site. See all Notes following for more vessels particulars*

THIS COVER PAGE FORM OF THE NATIONAL ASSOCIATION OF MARINE SURVEYORS IS RESTRICTED TO THE USE OF ITS MEMBERS. IT IS DESIGNED AS A STANDARD PRESENTATION OF PARTICULAR FACTS ABOUT THE VESSEL; HOWEVER, THE SURVEYOR'S ATTACHED REPORT REMAINS THE BASIC INFORMATION.

COPYRIGHT 2005 RODGERS & ASSOCIATES CERTIFIED MARINE SURVEYORS/SEA WORD SERVICE LTD








American Society of Appraisers    The Society of Naval Architects & Marine Engineers    National Association Marine Surveyors    Cargo Control Group Inernatl Cargo Surveyors    American Arbitration Association    American Boat & Yacht Council

P.O. Box 5306, Santa Cruz, CA 95063-5306, Tel 831-475-4468, Fax 831-536-1060
e-mail: jrodgers@rodgersandassociates.com • www.rodgersandassociates.com

2



# RODGERS & ASSOCIATES
### Certified Marine Surveyors And Appraisers,
### Cargo Inspectors

## GENERAL

Be it known that on Friday November 18, 2005, the undersigned Certified A.S.A. Marine Appraiser, and Appointed N.A.M.S. did conduct and out of water inspection to the auxiliary sailing vessel hereon known as SHAUNA* RENEE.

The vessel was identified with California Registration #C F- 0237 TP. the craft may be described as a 65 ft. in length steel constructed Auxiliary sailing vessel that has been designed and built for recreational purposes.

The inspection took place at the vessel's building site located out of the water, Santa Cruz California.

In attendance at the time of the inspection were the vessel's sole owner Ms. Jennifer Ann Weber, and Mr. Richard Fenton.

The purpose of the survey was to note the vessel's type current overall condition, listing major inventory and tried to deduce a realistic assessment of present-day, current market values.

This information is designed and intended for general owner review and possible financial and/or insurance considerations.




**Comments:** *the vessel was inspected where possible well out of the water and at its building site. The craft was originally inspected by this office June 6, 2002.*








American Society of Appraisers | The Society of Naval Architects & Marine Engineers | National Association Marine Surveyors | Cargo Control Group Internat'l Cargo Surveyors | American Arbitration Association | American Boat & Yacht Council

P.O.Box 5306, Santa Cruz, CA 95063-5306, Tel 831-475-4468, Fax 831-536-1060
e-mail: jrodgers@rodgersandassociates.com • www.rodgersandassociates.com

## REGISTRATION

The vessel has been issued a certificate of registration from the Department of California motor vehicles.

| | |
|---|---|
| Vessel name: | SHAUNA*RENEE. |
| Registration #: | CF 0237-TP |
| Year Built: | 1987 |
| Designed use: | pleasure |
| Builder's Hull No.: | C F-Z 0237 T C 700 |
| Builder: | Richard Fox / Rick Fox |
| Registered Length: | 57 ft. 0 7 in. |
| Registered Owner: | Jennifer Ann Weber |
| Owners address: | P O box 243 Soquel, California 95073 |

**Comments:** *Registration presented and found in order. Registration tags expired 12/31/2005.*
*Hull I.D. number has not been engraved.*

### VESSELS PARTICULARS BACKGROUND AND HISTORY

| | |
|---|---|
| Naval architect: | Merritt Walter |
| Design plan: | Roper Marine Inc. Northfolk, VA. |
| Designed plan: | 52' AMERICAN PRIVATEER / SCHOONER |
| Builder: | Richard Fox / Rick Fox |

**Comments:** *designed by Naval architect Merritt Walter for Roper Marine Inc. A Marine design company selling plans for the home builder.*
*Originally known as it a 52 FT. PRIVATEER SCHOONER the plans were modified and enlarge by its builder to their own specifications.*
*The vessel was designed to be built out of steel.*
*Keel was laid in 1983 By Richard Fox and the craft was completed by his son Rick Fox.*

### DESCRIPTION

The vessel design was influenced by early American privateer schooners that sailed eastern seaboard. The vessel's lines were developed by Naval Architect Merit Walter and the plans were sold through Roper Marine Inc. to be built by the home builder.

The heavy displacement mono hull is of all steel construction.

 

The raked bow stem complete with an extended pipe bowsprit. Topside freeboard is of moderate height raised foreword and set off with a sweeping shear line with a raised stern castle.

Topsides are distinguished with a white painted finish set up with five rectangular fixed ports and foreword scuppers. The stern is raised and set up with four large windows fitted in line.

The vessel has a sharp foreword section and wide beam and tumble home after sides. The stern is fitted with a raked flat transom complete with three wood framed windows and the vessel's name and hailing port. SHAUNA*RENEE, / SANTA CRUZ.

4

The underwater profile shows a sharp and raked spoon entrance extending down to a full keel of deep draft. The keel has a flat bottom and deep and hard bilge sections.

The keel extends aft an inline drive shaft within an armature for and a full rudder assembly trail aft.

The all steel constructed mono hull has been completely decked over with a sky blue painted steel deck. The decks perimeter is surrounded by a 6" high bulwark capped with a 1"by 3" mahogany rail.

 

The foredeck is raised and equipped with a pair of 12" stainless steel horn cleats and fitted line hawse with in the bulwork. A North Sea styled forecastle hatch complete with port and starboard portholes and drop boards is placed in line on the foredeck. The main deck is spacious and clear with the exception of an octagonal skylight and centrally placed NorSea companionway hatch. Bronze opening port lights are placed fore and aft within the deck steps.

The after decks is raised and flush with rounded sides. Here a raised pilothouse with four windows and a sliding hatch is fitted. Access to the pilot house is via hinged wooden doors. It is from this pilot house that the vessel is designed to be controlled by hydraulic activated wheel steering.  A self bailing cockpit complete with combing is to the stern followed with a 24" by 24" wooden lazarette hatch.

The craft is designed as a gaffed rigged schooner complete with square yards on the fore Mast. The rig has been designed but has not been constructed.

Auxiliary power is provided by a six-cylinder inboard turbocharged diesel engine. Machinery is located directly under the pilot house and has been fitted and partially installed.

 

Accommodations are laid out as follows:

Starting behind the bow chain locker is a foreword cabin with a raised "V" berth. The forepeak has a shelf and hanging lockers and three drawers. Overhead hatch provides an escape route and ventilation.

5



A bulkhead with carved Balinese wood door separates the fore peak from the foreword of amidships salon. An "L" shaped settee is place to port and equipped with a table. Across the way are additional hanging lockers four drawers and a raised counter with a washer and dryer installed under. The central companionway consists of a six step copper framed ladder placed in line with in the salon. The galley is placed amid ship to port complete with raised counter, pantry, propane stove, and refrigerated food box and icemaker. A dinette pedestal table / settee with seating for four are across the way.



Heading aft on the portside through a bulkhead is a navigation station /engineer's compartment and access to the machinery. Following to the stern is the master's cabin fitted with a double bed, four drawers, and settee. The overhead hatch provides ventilation and an escape route to the deck while aft transom windows provide plenty of natural light.

On the starboard side heading aft from the salon is an enclosed head locker complete with a tub, toilet, and tile laid vanity.

The interior has been finished out with Brazilian cheery wood "WEARMAX" cabin sole, green marble type tile counters, and custom cabinetry with wood trim. Headroom measured 5' 11" in the main salon.

**Comments:** *See enclosed photographs and Owner supplied line drawings for additional specifications and layout.*

6

## TYPE OF CONSTRUCTION

The vessel is constructed entirely out of plate steel in a work boat fashion.

A box-style keel was laid down, on top of which a (6) major transverse bulkheads and a number of transverse floor plates were mounted into place.

A series of longitudinal angle bar stringers were fitted and interconnected to transverse frames, floors and bulkheads.

Deck beams and stringers are connected to all bulkheads and transverse major frames.

The entire framework was plated decked over.

All plating was joined by Heli-arc type welding.

The structure was sandblasted, primed and painted with anti-corrosive type coating systems utilizing an in organic zinc primer and linear poly-urethane top coats.

## GENERAL SHIP SCANTLINGS

- Keel Shoe: 1" flat plate / Box eel sides ½" plate
- Stem: 11/16" flat bar
- Rudder Shoe: 1.5" x 5.5" flat bar
- Frames: 3/8"x 2.5" angle bar
- Longitudinal Stingers: 1/8" x 1.5" angle bar laid on 10"centers
- Transverse Frames: ¼" x 2"x5" angle bar laid on 44" centers gusseted to deck beams
- Deck Breams: ¼"x2"x5" laid on 44" centers
- Longitudinal Deck Stringers" ¼"x2"x2" spot welded to deck plate
- Bulkheads: (6) Major non Watertight
- Hull Plate: 3/16"
- Deck Plate: 3/16" plate Steel
- Rudder Assembly: 10 gauge steel
- Welding Rod No. _ _ _ _ _ _ _ _




**Comments:**    *Steel fitting and welding found to have been done to good standards. Hull structure was found to be in good overall condition. Vessel appeared neat and orderly. All weld joins found tight. Protective Coating systems well applied. Minimal corrosion found to metal surface. Hull structure and deck assembly have been finished, however interior components are not fully installed. The rig has not been constructed, Machinery has reportedly been bench tested and was found fitted but is not fully installed, plumbing and interior appointments are all fitted but in need of some finishing. Ballast has not been added.*

7

## STEERING ASSEMBLY

The raised pilot house is located aft and accessed from the cockpit by a hinged wooden door or from below up A-6 step staircase with brass grabs rail railing.

The pilot house has 6' head room and mahogany wood trim cabinetry and floor. Port and starboard steel shelves and a stand-up helm position are fitted the wheel has not been installed but general engine instrumentation including R.P.M. gauge of oil pressure gauge, voltmeter, water temperature gauge and fuel indicator have been installed as well as a tool MORSE CONTROL engine shifters and throttle engage.

Overhead electronics are installed including S R MARINER Depth sounder, knot meter, wind direction, apparent wind indicator, and heal angle indicator. In addition high low Beam chart light and the Davis clock are fitted.

The vessel is designed to be controlled from this pilot house by hydraulic activated wheel steering. Hydraulic System is not installed at this time. Rudder assembly has been built and fitted.

A full rudder of 5/16" steel plate is mounted and is of hollow box style fitted on 1&3/4" diameter steel rudder post.

The post is mounted through an upper stuffing gland with greased bearing and supported off a lower rudder shoe with bearing.



**Comments:** *Rudder has been installed, pilothouse has been completed. Hydraulic steering system is not installed at this time.*



8

## MACHINERY

Auxiliary Machinery is located directly under pilothouse cabin sole, can be readily accessed by removable floor and/or from a after engineering compartment with side door access.

Engine manufacturer:    ISOTTA FRASCHINI MOTORE DIESEL
Year manufactured:    1983
Serial number:    3206589
Engine type:    six-cylinder / Four stroke / industrial diesel engine.

This Italian built diesel engine is mounted on suspension motor mounts on a steel support frame.

The unit is designed to be 12 V electric started and set up with general wiring harness and control switches. Machinery control panel is fitted with in the pilot house and set up with a S W RPM gauge / MAXIUM oil pressure gauge / water cooling temperature / volt meter / and fuel indicator.

The engine is controlled by MORSE CONTROL dual gear and throttle engages.

The diesel engine is fresh water cooled via a raw water heat exchanger via a JABSCO belt driven pump and designed to be set up with a turbocharged wet exhaust system.

Machinery is coupled to a BORG WARNER VELVET DRIVE Marine reverse and reduction gearbox Model A S 73 C with a given reduction ratio of 2.00:1. The gearbox connects to a chain drive assembly geared to a 1&1/4" dia stainless steel drive shaft which is mounted through an inside mounted bronze adjustable stuffing gland and supported by outside cutless bearing.

The gear box activates a right hand turning MICHIGAN FEDERAL 3 bladed bronze propeller measuring 20 in. diameter by 13 pitch" and dated 2/1991




**Comments:** *Machinery has been fitted but is not fully installed. Engine appears to be in like new condition with zero hours of running time. Motor mounts are not completed. Exhaust system has not been installed; Wiring components are in need of completion.*

- *Isotta-Fraschini Motori S.p.A., an Italian engineering firm specializing in diesel products, particularly marine engines, industrial engines, and rail traction engines but has provided a wide range of civil and military engineering products and services.*

**Address:** V.le F. De Blasio - Zona Industriale, 70123 Bari, Italy

**Telephone:** +39.080.5345000

**Fax:** +39.080.5311009

**Product/Service:** Marine diesel engines 300 - 3600 hp

## FUEL SYSTEM

The vessel has been fitted with two fuel tanks which are steel constructed and are integral to the hull. Fuel tanks are located port and starboard within the after bilge. An inspection plate is provided.

Tanks fill from port and starboard side deck plates labeled "Fuel" and are designed vent to atmosphere accordingly. Tanks are baffled.

Capacity has been reported at 400 gallons each. Fuel lines are of steel pipe.

**Comments:** *fuel tanks are installed an integral to hull. Fuel lines, manifolds, filters and general system have not been fitted. Inspection inside side of tanks was not undertaken at this time*

## WATER SYSTEM

The structure is fitted with (2) two water tanks located in line within the amidships bilge. Tanks are of steel box construction each fitted with and inspection plate. Capacity has been reported at 400 gallon. Tanks are baffled.

Water lines are of reinforced vinyl hose. Water pressure is developed by a PAR automatic multi fixture 12 V electric water pump Model 369000 mounted under salon steps and attached to a stainless steel accumulator tank. Water is heated by a SEAWARD 6 gallon capacity AC electric water heater. Plumbing is routed to a galley counter were two stainless steel box sinks are fitted and equipped with Delta faucet's and to an after head locker where a brass oval sink with mixed faucet and bath tub with European shower wand attachment are placed.

In addition a PAR shore service water connections is placed on the port side.




**Comments:** *water system has been installed and is operational. Water heater is not secure.*

## BILGE PUMPS

None installed at this time

## MARINE SANITATION DEVICE

An enclosed locker is fitted starboard mid aft behind a carved wooden door.

A molded bathtub complete with mixed faucet and shower wand is mounted.  An after toilet room is fitted with a GROCO manually activated marine toilet.

The toilet is designed to discharge either directly overboard or by a "Y" valve into a small plastic holding tank strapped within the machinery compartment. Holding tank can be pumped out directly overboard by an S M hand pump or discharged via a side deck pump out plate labeled waste to a shore side pump out facility. All plumbing lines are SHIELDS X H D series sanitary hose.

A raised tiled counter vanity complete with AC electrical outlet/ brasses lamp / brass soap dish and a / under sink locker is additional provided.



**Comments:**    *toilet has been installed and plumbed meeting current state and federal guidelines for use on protected waters when holding tank is utilized.  System is operational. Holding tank capacity is estimated at 12 gallons. Custom hand made tiles with an ocean motif have been laid with in the compartment.*

## UNDERWATER THROUGH ALL CONNECTIONS

Underwater through all fittings were located and identified.

Starting at the PORT bow and heading aft

| | |
|---|---|
| 1)  Auxiliary generator in take | **STARBOARD SIDE** |
| 2)  Galley sink drain | 6) anchor locker Drain |
| 3)  Holding tank discharge | 7) toilet intake |
| 4)  Main engine intake | 8) toilet discharge |
| 5)  Cockpit scupper | 9) cockpit scupper |



**Comments:** *through hull connections have been installed and equipped with proper shutoff valves. Full inspection of identification and service is recommended before relying on.*

11

## ELECTRONIC NAVIGATION DEVICES
Within the pilothouse overhead the following has been installed
S R MARINER Depth sounder
S R MARINER Wind direction wind speed indicator
S R MARINER Knot meter

**Comments:** *electronics installed but installation is not complete. Units were not operational at this time*

## GALLEY
A galley counter is fitted port side of main salon.
This U-shaped raised counter has a green marble Formica countertop and wood trim cabinetry. Here is installed to stainless steel sinks one deep and one shallow and equipped with DELTA mixed faucet's. Head room in the galley measured at 5'11".
Two drawers and an upper pantry are provided, as well as (2) AC electrical outlets.
Here is installed:

- MAGIC CHIEF four burner stove and oven fuelled by propane complete with an overhead stainless steel electric fan hood vent.
- DOMESTIC Royal Design a c electric / propane stand-up refrigerator freezer
- U-LINE ice maker
- DEMENSIONS A/C Inverter



**Comments:** *galley is installed and functional. Propane tanks and intake valve have been removed*

## SAFETY EQUIPMENT
(4) Four KIDDE MARINER BC #10 dry chemical fire extinguishers
(1) LP gas fume detector

**Comments:** *limited safety equipment at this time*

## NAVIGATION LIGHTS
The vessel is fitted with port and starboard aft mounted LED 12volt electric side lights and one stern light.

**Comments:** *lights are installed but battery was found discharged so lights were not operational at this time.*

12

## MISCELLANEOUS GEAR

The following items were found on board at time of inspection

Splendid stacked washer dryer
ADVENT am / fm cassette stereo player and speakers
LEECE NEVILE 140 amp 12 V alternator
Standard 90 amp 12 V alternator
Miscellaneous mahogany wood trim
¾" diameter stainless steel stanchion stock
BUTE POWER Fuel Sander
Coil of ¾"dia thermal heater hose
(14) Coils of 7 x 19 plow steel wire 3/8"dia
(1) 4" dia x 17' length aluminum boom
Miscellaneous paint
S/S tubes for grab rails
Extra green lamp shades
See owners list of additional equipment
**Comments:** *Items listed on board at time of survey*


## ELECTRICAL SYSTEMS

The vessels wired for both AC shore power and ship power and DC ship power systems.

**THE AC ELECTRICAL SHORE POWER** consists of a MARINCO 30 amp/1 25 V shore power plug in connection fitted on the port amid ship topside. AC wiring is by anchor Marine grade No. 2 16 gauge tin Strand routed in conduit. Wiring is routed to a BLUE SEA electrical distribution panel mounted above galley and divided into Shore Side #1 and Shore Side #2 service. This illuminated and labeled panel has a reverse polarity indicator, double A C master circuit breakers, AC amperage and voltmeters.
Panel #1 is set up with circuit breakers controlling:

- battery charger
- aft cabin
- outlet galley and accessories

Panel#2 has circuit breakers controlling:

- forward cabin outlets
- washer and dryer
- Water heater
- refrigerator

All outlets are by LEITON circuit protected interruption type



**Comments:** *AC electrical wiring has been installed throughout and is set up and operational though not complete. Adequate circuit breaker protection appears to have been provided on all electrical lines. Wiring is double insulated type and routed within conduit.*

13

## AUXILIARY GENERATOR

An auxiliary generator is mounted forward under cabin sole:

Manufactured:     VM

Model               192-A

TYPE:            2 cylinder 4 Stroke diesel drive engine 12 V electric, start / Raw water cooled / wet exhaust. Unit is fitted with a 12 V engine start panel with quartz hour meter recording 000 hours / amp meter / oil pressure gauge and voltmeters

The diesel drive engine is mounted to a synchronous alternator that when excited is designed and rated to produce 12 K W single phase AC 120 V electricity power service.



**Comments:** *unit is fitted but is not been installed wired or plumbed. Auxiliary generator was not tested at this time. Idenification plate was difficult to read.*

## THE SHIPBOARD DC ELECTRICAL system is comprised of:

(2) DYNA VOLT maintenance free type group 27 batteries are fitted on a shelf within the engine compartment. Batteries are combined by a GP isolator and controlled by a COLE HERESY master battery disconnect switch. Batteries are charged by a 50 amp MAGNETEX battery charger Series 900 model 9502 input AC at 120 volt output 14 volt DC

Or are designed to be charged off engine driven alternator.

Wiring is routed to the BLUE SEA master distribution panel which is fitted with amperage and volt meters and (15) illuminated and labeled circuit breakers controlling:

- main cabin lights
- 12 V outlets
- pump
- refrigerator
- stereo
- stove
- Refrigerator and accessories.

A secondary BLUE SEA distribution panel is located in the pilot house controlling:

- Running lights
- engine instrumentation
- Depth sounder
- G.P.S.
- VHF radio and accessories



**Comments:** *D/C electrical system has discharged batteries and was not able to be tested. Partial wiring has been installed throughout.*

## RIG
The vessel designed as a traditional gaff rigged schooner with a working sail area of some 1531 square feet.

**Comments**: *rig is not provided at this time. No masts sail wardrobe, running rigging, or winches.*

## TRAILER
The vessel is equipped with a heavy duty welded steel framed trailer attached to the bottom of the boat. The steel I Beam Trailer frame measured 4" x 6" fitted with a single axle equipped with 24 in. wheels and six (6) Dunlap heavy-duty 12 ply season tires.




**Comments:** *trailer may be capable of a limited boat move.*
*Tires are inflated but noted seasoned. Trailer bearings are showing corrosion. No license. Limited use*

## SUMMARY

The purpose of this survey was to note the vessel's overall general condition as of this date, to list its major equipment and to try to deduce a realistic assessment of present-day Fair Market values. The boat was inspected where possible.

The vessel described above was visually inspected and photographed at close quarters.

The craft was originally viewed in 2002 and condition at that date was determined.

The vessel is a home built but shows general good overall construction in its hull and deck structure.

The plans have been modified by its owner builder, and were not addressed by a Naval architect. No stability calculations have been established.

The hull structure appears to be in sound condition.

The hull to deck join is tight and true.

Steel plating appeared fair.

All weld joints were viewed were found true and intact

Protective coating system seemed well applied and in generally good overall condition. Interior appointments have been roughed in a house like fashion and not considered Marine quality.

The project is approximately 70% completed.

Machinery is fitted but not connected.

The rig has not been built.

Electrical wiring has not been fully installed.

Plumbing is fitted but not completed. Fuel systems and water systems are in need of completion. Interior appointments are in need of final finishing and general outfitting and rigging is still required.





# RODGERS & ASSOCIATES
### Certified Marine Surveyors And Appraisers,
### Cargo Inspectors

## VALUATION

The following values hereon are estimated based upon a review of the vessel's condition, location, type and equipment using a comparison approach to valuation, the information reported and that found within the databanks of Rodgers & Associates Certified Marine Appraisers.

Definition of Fair Market Value

Fair Market Value is defined as "the most probable price which the property should bring into a competitive and open market under conditions requisite for a fair sale, the buyer and seller each acting prudently and knowledgeably and assuming the price is not affected by undue stimulus".  Implicit in this definition is the consumption of sale and the passing of title from seller to buyer under the conditions whereby:

A.  Buyer and seller are typically motivated
B.  Both parties are well informed or advised and each is acting in what he/she considers as best interest
C.  Reasonable time is allowed for exposure on the open market
D.  Payment is in terms in cash in U.S. dollars or financial arrangements comparable thereto
E.  The price represents the normal consideration for the property sold unaffected by special financing or concessions granted by anyone associated with the sale
F.  Is further defined as the amount paid for comparable property

## Current Asking Price

## Current Insured Value:

## Current Tax Assessed Value:               Santa Cruz County unsecured Property

| **Original Building Price** | **$** |
|---|---|

**Estimated Fair Market Value:**                 **$40,000 ++++**
*Based on vessel's condition, location, equipment and time of year and comparison of recent sales of similar size and type vessels.*

**Estimated Replacement Value:**                 $40,000+++
*Based on estimated amount to purchase a same vintage or similar or same model in in same order and comparably equipped as of this date.*

**Estimated Reconstruction Value:**              $300,000 +++
*Based on estimated cost to purchase new similar size and type vessel 2005 complete*

**Orderly Liquidation Value:**                   $25, 000 ---
*Based on estimated amount one might receive if vessel sold at auction on an as-is where-is basis to the highest bid in an auction type sale.*

**Blue Book Value:**                             none available
*Recorded valuation statements from used boat price guides statistically compiled.*

17