UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 10/9/2007  **Court Reporter:** Irene Rodriguez
**Case No:** C- 07-04947 JW  **Interpreter:** N/A

## TITLE

Morelli Taylor Sportfishing and Marine Supply, LLC et al v. Dan Robin Catalano et.al.

**Attorney(s) for Plaintiff(s)**: Joseph McCarthy
**Attorney(s) for Defendant(s)**: No Appearance
**Other Appearances:** Don Schwartz

## PROCEEDINGS

Hearing re Setting Motion Hearing

## ORDER AFTER HEARING

Hearing Held. No appearance made for or by Defendant.

For the reasons stated on the record the Court extended the time of arrest warrant on vessel. The Court set a hearing on Defendant's Motion to Vacate Arrest of Vessel on **October 11, 2007 at 1:30 PM.**

Please see Court's Order for further specifics on setting Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: