# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**                **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/11/2007**                **Court Reporter: Irene Rodriguez**
**Case No: C-07-04947JW**            **Interpreter: N/A**

## TITLE

Morelli Taylor Sportfishing and Marine Supply, LLC et al v. Dan Robin Catalano et.al.

**Attorney(s) for Plaintiff(s)**: Joseph  McCarthy
**Attorney(s) for Defendant(s)**: Max L. Kelley

## PROCEEDINGS

**Defendant's Motion to Vacate Arrest of Vessel**

## ORDER AFTER HEARING

Hearing Held.  For the reasons stated on the record the Court GRANTED the Defendant's Motion to Vacate
Arrest of Vessel.  The Court ordered Defense Counsel to serve Court's Order on Harbor master.  The Court
DISMISSES the case with prejudice.  The Court to issue further Order on Defendant's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: